


Paralegal

January 27, 2020

Honorable Paul R. Warren
U.S. Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614

      RE:    Motion for Relief from Stay
               Joseph A. Camp and Deborah L. Vinci-Camp
               Case No. 17-21198

Dear Judge Warren:

On consent of David L. Rasmussen, attorney for Five Star Bank and Peter A. Lheron, attorney for debtor, the above referenced Motion for Relief has been settled. A Proposed Conditional Order will be forwarded to the Court.

                                Very truly yours,

                                /s/: Victoria Billups

                                Victoria Billups
                                Paralegal

cc:    Peter A. Lheron, Esq. (via ECF)

28 East Main Street, Suite 1700 | Rochester, New York 14614 | 585-546-6448 | davidsonfink.com
vbillups@davidsonfink.com | direct phone 585-756-5954 | fax 585-758-5107